UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

L.P.; and N.C.,

    Plaintiffs,

v.                                               Case No. 6:19-cv-2308-Orl-37GJK

SCHOOL BOARD OF BREVARD
COUNTY,

    Defendant.
_____

Plaintiff L.P, a minor, and his mother sued Defendant for violation of Title IX, negligence, and loss of consortium. (Doc. 9.) The parties moved for approval of their settlement agreement as it resolves a minor's claims. (Doc. 35 ("**Motion**").) A Guardian Ad Litem was appointed for L.P., who reviewed the settlement and recommends the Court approve the settlement as being in the best interests of L.P. (Doc. 36.) On referral, U.S. Magistrate Judge Gregory J. Kelly recommends granting the Motion and approving the agreement, finding it in L.P.'s best interests. (Doc. 37 ("**R&R**").)

The parties do not object to the R&R (Doc. 38), so the Court has examined it only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is adopted in its entirety.

It is **ORDERED AND ADJUDGED**:

    1.    U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation

(Doc. 37) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. The parties' Unopposed Petition for Approval of Settlement of Claim of Minor (Doc. 35) is **GRANTED.**

3. The parties' Release and Indemnification Agreement (Doc. 35, pp. 7–11) is **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE.**

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 3, 2020.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record